IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BERNEST MONTGOMERY,
    Plaintiff,

vs.          Case No.: 5:14cv91/RV/EMT

KENDAL MAY
and ZACHARY DRAVES,
    Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated October 21, 2015 (ECF No. 47). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendants' motion to dismiss (ECF No. 32) is **DENIED**.

3. Defendants shall have 14 days from the date of this order to file an answer to the Third Amended Complaint (ECF No. 20).

**DONE AND ORDERED** this 25th day of November, 2015.

                      /s/ *Roger Vinson*
                      **ROGER VINSON**
                      **SENIOR UNITED STATES DISTRICT JUDGE**