IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BERNEST MONTGOMERY,
    Plaintiff,

vs.                                                Case No.:  5:14cv91/RV/EMT

KENDAL MAY
and ZACHARY DRAVES,
    Defendants.
_____/

## **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated May 16, 2016 (ECF No. 80). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    Defendants' Motion for Partial Summary Judgment (ECF No. 54) is **GRANTED**;

3.    Defendant Draves is **DISMISSED** from this lawsuit; and

4.    Plaintiff Montgomery's claims for compensatory and punitive damages for mental or emotional injury are **DISMISSED**.

**DONE AND ORDERED** this 29th day of June, 2016.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**