IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BERNEST MONTGOMERY,
    Plaintiff,

v.                                            Case No.: 5:14cv91/RV/EMT

KENDAL MAY,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

    This cause is before the court upon the parties' Joint Notice of Voluntary Dismissal with Prejudice (ECF No. 109). The parties state that the issues between them have been resolved through settlement, and they stipulate to the entry of an order dismissing, with prejudice, Plaintiff's claims against Defendant (*id.*).

    Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure provides that an action may be dismissed without an order of the court by filing a stipulation of dismissal signed by all parties who have appeared in the action. Unless otherwise stated, the dismissal is without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). It is clear from the parties' Joint Notice that they are entitled to automatic dismissal of this action under Rule 41(a)(1)(A)(ii), and that they agree the dismissal should be with prejudice.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED with prejudice**.

At Pensacola, Florida this 25<u>th</u> day of January 2017.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**